JOHN KOSKO and Another v. LAWRENCE HAY.[1]

October 29, 1896.

Nos. 10,242—(179).

Action in justice court, in which Minneapolis, St. Paul & Sault Ste. Marie Railway Company was summoned as garnishee and L. L. Olmsted and another intervened, as claimants of $50, disclosed by the garnishee. From a judgment in favor of intervenors plaintiffs appealed to the district court for Hennepin county, where a trial was had before Jamison, J., who ordered judgment in favor of intervenors. From an order denying a motion for a new trial plaintiffs appeal. Affirmed.

C. H. Slack, for appellants.

J. N. Bearnes, for respondents.

PER CURIAM. We decline to waste time in a discussion of the questions raised by this appeal. It is without merit.

Order affirmed.